# PARRISH & SHAW
AN ASSOCIATION OF ATTORNEYS
LARRY E. PARRISH, P.C.
H. LEE SHAW, P.C.

775 RIDGE LAKE BLVD, SUITE 145
MEMPHIS, TENNESSEE 38120

**LARRY E. PARRISH, P.C**
Kathryn H. Bowman, Esq.*
kathryn@parrishandshaw.com

**TELEPHONE 901-766-4388**
**FACSIMILE 901-766-4389**
*Also licensed in Louisiana

June 22, 2010

John D. Fabian
Assistant U.S. Attorney
167 N. Main, Suite 800
Memphis, TN 38103

*Via electronic filing only*

Re:   *United States v. Williams d/b/a American Drum & Pallet*, 2:10-cr-20174

Dear Mr. Fabian,

This Firm has been hired to represent Mr. Johnnie Williams in the above referenced matter and we are in the process of investigating the claims made against Mr. Williams.

As we have been retained to represent Mr. Williams, we respectfully request that you provide any documents, reports or other items relevant to the indictment and prosecution of Mr. Williams that would be discoverable pursuant to *Federal Rules of Criminal Procedure,* Rule 16.

This request is made in good faith, and in the hopes that the information produced will provide additional information assisting in our education as to the indictment and prosecution of Mr. Williams and thus providing us the support to advise Mr. Williams accordingly.

Should you have any questions, please feel free to contact me at any of the above information. Your cooperation and assistance has been appreciated throughout this matter.

Very Truly Yours,
LARRY E. PARRISH, P.C.

BY: _____
Kathryn H. Bowman

KHB/h

F:\Clients\Williams.Johnnie\Pleadings\Discovery letter.doc