*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF RE-SETTING
### Before Judge Jon Phipps McCalla, Chief United States District Judge

November 29, 2010

RE:   2:10cr20174-Ml
*USA v. JOHNNIE WILLIAMS*

Dear Sir/Madam:

A(n) **SENTENCING HEARING** before **Chief Judge Jon Phipps McCalla** has been **RESET** from WEDNESDAY, DECEMBER 15, 2010 at 2:30 P.M. to **WEDNESDAY, JANUARY 5, 2011** at **9:00 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**If the sentencing hearing is going last longer than 30 minutes, please contact the case manager, as it may need to be rescheduled.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

                                Sincerely,
                                THOMAS M. GOULD, CLERK
                                BY:    *s/ Joseph P. Warren*,
                                       Case Manager to Chief Judge Jon Phipps McCalla
                                       901-495-1242
                                       joseph_warren@tnwd.uscourts.gov